## TOMPKINS v. TEXAS

No. 87–6405.   Argued December 6, 1988—Decided June 5, 1989

*Emmett B. Lewis* argued the cause for petitioner.   With him on the briefs were *Robert K. Huffman* and *James B. Altman*.

*Charles A. Palmer*, Assistant Attorney General of Texas, argued the cause for respondent.   With him on the brief were *Jim Mattox*, Attorney General, *Mary F. Keller*, First Assistant Attorney General, *Lou McCreary*, Executive Assistant Attorney General, and *Michael P. Hodge* and *Margaret Portman Griffey*, Assistant Attorneys General.*

PER CURIAM.

The judgment below is affirmed by an equally divided Court.

JUSTICE O'CONNOR took no part in the consideration or decision of this case.

---

*Briefs of *amici curiae* urging reversal were filed for the American Civil Liberties Union et al. by *Steven R. Shapiro, John A. Powell, Julius LeVonne Chambers*, and *Charles Stephen Ralston;* and for the Lawyers' Committee for Civil Rights Under Law by *Robert E. Montgomery, Jr., Conrad K. Harper, Stuart J. Land, Norman Redlich, William L. Robinson*, and *Judith A. Winston*.